*In re: Fosamax® Products Liability Litigation*
United States District Court, Southern District of New York
Case No. 1:06-MD-1789-JFK-MHD

## AUTHORIZATION FOR RELEASE OF MEDICAL AND/OR DENTAL RECORDS

### In Compliance With the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

Name: Miguel A. Rollan

Date of Birth: April 9, 1925

Social Security Number: 121 - 28 - 8541

    I hereby authorize _____ to release all existing medical and/or dental, orthodontic, periodontic, oral surgery and/or related records (Medical and/or Dental records) regarding the above-named person's Medical and/or Dental care, treatment, physical condition, and/or Medical and/or Dental expenses to the law firm of **WALLER LANSDEN DORTCH & DAVIS, PLLC 511, Union Street, Suite 2700, Nashville, Tennessee 37219 (counsel for Merck & Co., Inc.), or its designated agent(s) ("Receiving Parties").** These records shall be used or disclosed solely in connection with the currently pending litigation involving the person named above. This authorization shall cease to be effective as of the date on which the above-named person's litigation concludes.

    I understand that the health information being used/disclosed may include information relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol disorders.

    This authorization includes Medical and/or Dental records, kept in either hardcopy or electronic form, and also includes, but is not limited to, bone marrow pressure testing, PET scans, bone mineral density testing, micro-CT scans, mechanical testing, FE modeling, testing related to changes in mineral content or quality, testing related to changes in bone density, thickness, or height, bone scan results, bone biopsy results, microbial culture testing, urinary N-telopeptide testing, serum bone-specific alkaline phosphatase testing, x-ray reports, CT scan reports, MRI scans, EEGs, EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms, admission and discharge records, operation records, doctor and nurses notes, referral forms, prescriptions, medical bills, dental bills, invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing information. It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications,

statements, eligibility material, claims or claim disputes, resolutions and payments, Medical and/or Dental records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

I intend that this authorization shall be continuing in nature. If information responsive to this authorization is created, learned, or discovered at any time in the future until the conclusion of the litigation, either by you or another party, you must produce such information to the Receiving Parties at that time. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation.

Any photostatic copy of this document shall have the same authority as the original, and may be substantiated in its place. Copies of these materials are to be provided at the expense of Waller Lansden Dortch & Davis, PLLC, counsel for Merck & Co., Inc. Copies of any records obtained will be provided, per agreement, to my legal counsel.

Date: July 16, 2007

*[PLAINTIFF OR REPRESENTATIVE]*

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:

_____

_____

_____

_____

-2-

# EXHIBIT B

OMB Number: 2900-0260
Estimated Burden: 2 minutes

| **VA** Department of Veterans Affairs | **REQUEST FOR AND AUTHORIZATION TO RELEASE MEDICAL RECORDS OR HEALTH INFORMATION** |
|---|---|

Privacy Act and Paperwork Reduction Act Information:  The execution of this form does not authorize the release of information other than that specifically described below.  The information requested on this form is solicited under Title 38, U.S.C.  The form authorizes release of information in accordance with the Health Insurance Portability and Accountability Act, 45 CFR Parts 160 and 164.  5 U.S.C. 552a, and 38 U.S.C. 5701 and 7332 that you specify.  Your disclosure of the information requested on this form is voluntary.  However, if the information including Social Security Number (SSN) (the SSN will be used to locate records for release) is not furnished completely and accurately, Department of Veterans Affairs will be unable to comply with the request.  The Veterans Health Administration may not condition treatment, payment, enrollment or eligibility on signing the authorization.  VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information as outlined in the Privacy Act systems of records notices identified as 24VA19 "Patient Medical Record - VA" and in accordance with the VHA Notice of Privacy Practices. You do not have to provide the information to VA, but if you don't, VA will be unable to process your request and serve your medical needs. Failure to furnish the information will not have any affect on any other benefits to which you may be entitled. If you provide VA your Social Security Number, VA will use it to administer your VA benefits. VA may also use this information to identify veterans and persons claiming or receiving VA benefits and their records, and for other purposes authorized or required by law. The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB number. We anticipate that  the time expended by all individuals who must complete this form will average 2 minutes.  This includes the time it  will take to read instructions, gather the necessary facts and fill out the form.

**ENTER BELOW THE PATIENT'S NAME AND SOCIAL SECURITY NUMBER IF THE PATIENT DATA CARD IMPRINT IS NOT USED.**

| TO: DEPARTMENT OF VETERANS AFFAIRS (Print or type name and address of health care facility) | PATIENT NAME (Last, First, Middle Initial) |
|---|---|
| | SOCIAL SECURITY NUMBER |

NAME AND ADDRESS OF ORGANIZATION, INDIVIDUAL OR TITLE OF INDIVIDUAL TO WHOM INFORMATION IS TO BE RELEASED

```
Waller Lansden Dortch & Davis      Attn:  Lela Hollabaugh
511 Union Street, Suite 2700       Nashville, Tennessee  37219
```

**VETERAN'S REQUEST:** I request and authorize Department of Veterans Affairs to release the information specified below to the organization, or individual named on this request. I understand that the information to be released includes information regarding the following condition(s):

[X] DRUG ABUSE    [X] ALCOHOLISM OR ALCOHOL ABUSE    [X] TESTING FOR OR INFECTION WITH HUMAN IMMUNODEFICIENCY VIRUS (HIV)    [ ] SICKLE CELL ANEMIA

INFORMATION REQUESTED (Check applicable box(es) and state the extent or nature of the information to be disclosed, giving the dates or approximate dates covered by each)

[X] COPY OF HOSPITAL SUMMARY    [X] COPY OF OUTPATIENT TREATMENT NOTE(S)    [X] OTHER (Specify)

```
All medical records, specifically including, but not limited to:  medical history or
examination reports, films, prescription records, and dental treatment.
```

PURPOSE(S) OR NEED FOR WHICH THE INFORMATION IS TO BE USED BY INDIVIDUAL TO WHOM INFORMATION IS TO BE RELEASED

```
For purposes of personal injury litigation.
```

**NOTE: ADDITIONAL ITEMS OF INFORMATION DESIRED MAY BE LISTED ON THE BACK OF THIS FORM**

**AUTHORIZATION:** I certify that this request has been made freely, voluntarily and without coercion and that the information given above is accurate and  complete to the best of  my knowledge.  I understand that I will receive a copy of this form after I sign it.  I may revoke this authorization, in writing, at any time except to the extent that action has already been taken to comply with it.  Written revocation is effective upon receipt by the Release of Information Unit at the facility housing the records.  Redisclosure of my medical records by those receiving the above authorized information may be accomplished without my further written authorization and may no longer be protected.  Without my express revocation, the authorization will automatically expire: (1) upon satisfaction of the need for disclosure; (2) on _____ (date supplied by patient); (3) under the following condition(s):

I understand that the VA health care practitioner's opinions and statements are not official VA decisions regarding whether I will receive other VA benefits or, if I receive VA benefits, their amount. They may, however, be considered with other evidence when these decisions are made at a VA Regional Office that specializes in benefit decisions.

| DATE | SIGNATURE OF PATIENT OR PERSON AUTHORIZED TO SIGN FOR PATIENT (Attach authority to sign, e.g., POA) |
|---|---|
| July 16, 2007 | *Margaret A. Ralton* |

**FOR VA USE ONLY**

| IMPRINT PATIENT DATA CARD (or enter Name, Address, Social Security Number) | TYPE AND EXTENT OF MATERIAL RELEASED | |
|---|---|---|
| | DATE RELEASED | RELEASED BY |

VA FORM
MAY 2005  **10-5345**            USE EXISTING STOCK OF  VA FORM 10-5345, DATED NOV 2004.

# EXHIBIT C

Miguel A. Rullán
_____
Full Name

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
_____
Social Security Number

April 9, 1925
_____
Date of Birth

*In re: Fosamax® Products Liability Litigation*
United States District Court, Southern District of New York
Case No. 1:06-MD-1789-JFK-MHD

## AUTHORIZATION FOR RELEASE OF MENTAL HEALTH RECORDS

### In Compliance With the Health Insurance Portability and Accountability Act of 1996 (HIPAA)

**To:**

_____

**Name of Entity**

_____

**Address**

_____

**City, State, Zip Code**

You are hereby authorized to release my entire medical records file to the Records Requester(s) listed below. This release authorizes you to furnish copies of any information, including but not limited to the medical records, psychotherapy notes, and clinical information concerning the assessment, evaluation, treatment, and/or hospitalization related to mental health or psychiatric illnesses or conditions.

This authorization is being given at my request in conjunction with the civil litigation matter listed above. You are hereby authorized to release these medical records to the following Records Requester(s) for their use in the above-entitled litigation. The defendant has agreed to pay reasonable charges to supply copies of such records. Copies of any records obtained will be provided, per agreement, to my legal counsel. You should provide all documents and information to:

**Records Requester(s)**

1.    Waller Lansden Dortch & Davis, 511 Union Street, Suite 2700 Nashville, Tennessee, 37219 (counsel for Merck & Co., Inc.), or their designated agent(s) ("Receiving Party").

I understand that the health information being disclosed by these psychotherapy notes may include information relating to and treatment of Human Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted diseases and drug and alcohol disorders.

I understand that this authorization pertains to the civil litigation referenced above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. I understand that this authorization remains in full force and effect until such expiration or revocation, as more fully described below, and further authorizes you to release to the Records Requester(s) any additional records created or obtained by you after the date of execution of this authorization. I understand and intend that you may rely on this authorization in all respects unless you have previously been advised by me in writing to the contrary.

I understand that I may revoke this authorization at any time by providing you a written revocation, but that my revocation will be effective only to the extent that the information has not already been released. I further understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign this authorization.

It is expressly understood and intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

I understand that any documents or information released by you could potentially be re-disclosed by the aforementioned Records Requester(s) and that any information re-disclosed by that party is not subject to this authorization and may not be subject to HIPAA, the Federal Regulations promulgated under the authority of HIPAA, and more specifically, the requirements imposed by 45 C.F.R. § 164.508. I expressly permit the Records Requester(s) to re-disclose my medical records file for purposes limited to this civil litigation matter or related to the defendant's legal obligations to provide information to the Food and Drug Administration.

This authorization shall not be valid unless the Records Requester(s) named above has executed the acknowledgment at the bottom of this authorization.

BA2DOCS1/306818/Mental Health Record Authorization

This authorization is executed and served in compliance with HIPAA, the Federal Regulations promulgated thereunder, and more specifically, 45 C.F.R. § 164.508, all of which govern the requirements for the release of private health information.

MIGUEL A. RULLAN    _Miguel G. Rullan_    JULY 16TH. 2007
Name of Patient          Signature        Date of Birth        Date Signed
                                          4-9-25

_____

Description of Legal Guardian/Personal Representative's authority to act for Patient.


Subscribed and sworn to before me this 16TH day of JULY _____, 2007

_____
Notary Public

My Commission Expires:

FOR LIFE

AFFIDAVIT NO. 10,288

BA2DOCS1/306818/Mental Health Record Authorization

## ACKNOWLEDGMENT

The undersigned, as the Records Requester(s) named in the above medical authorization, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the attorney for the patient named in the foregoing medical authorization has been given notice that the authorization will be used to request records and information from the person or entity to whom it is addressed. The attorney for or the person named in the foregoing medical authorization has also been afforded an opportunity to order copies of the records requested from the undersigned requester at a reasonable cost.

Records Requester's Signature: *John Hollabaugh*

*partner, Waller Lansden Dortch & Davis, LLP*

-4-

# EXHIBIT D

Form Approved
OMB No. 0960-0566

**Social Security Administration**
**Consent for Release of Information**

Please read these instructions carefully before completing this form.

| | |
|---|---|
| **When to Use**<br>**This Form** | **Complete this form only if you want the Social Security Administration to give information or records about you to an individual or group (for example, a doctor, or an insurance company).**<br><br>**Natural or adoptive parents or a legal guardian, acting on behalf of a minor**, who want us to release the minor's:<br>• **nonmedical** records, should use this form.<br>• medical records, should not use this form, but should contact us.<br><br>Note:  Do not use this form to request information about your earnings or employment history.  To do this, complete Form SSA-7050-F4.  You can get this form at any Social Security office. |
| **How to**<br>**Complete**<br>**This Form** | This consent form must be completed and signed only by:<br>• the person to whom the information or record applies, or<br>• the parent or legal guardian of a minor to whom the **nonmedical** information applies, or<br>• the legal guardian of a legally incompetent adult to whom the information applies.<br><br>To complete this form:<br>• Fill in the name, date of birth, and Social Security Number of the person to whom the information applies.<br>• Fill in the name and address of the individual or group to which we will send the information.<br>• Fill in the reason you are requesting the information.<br>• Check the type(s) of information you want us to release.<br>• Sign and date the form.  If you are not the person whose record we will release, please state your relationship to that person. |

**PAPERWORK REDUCTION ACT:**   Paperwork Reduction Act Statement: This information collection meets the clearance requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. The office is listed under U. S. Government agencies in your telephone directory or you may call 1-800-772-1213 for the address. You may send comments on our estimate of the time needed to complete the form to: SSA, 1338 Annex Building, Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.

Form SSA-3288  (3-2005) EF (3-2005)

Form Approved
OMB No. 0960-0566

**Social Security Administration**
Consent for Release of Information

**TO:** Social Security Administration

Miguel A. Rullán    April 9, 1925    121 - 28 - 8541
_____    _____    _____
Name                          Date of Birth            Social Security Number

I authorize the Social Security Administration to release information or records about me to:

| NAME | ADDRESS |
|------|---------|
| Venable LLP | Attn:  Christina Gaarder |
| Two Hopkins Plaza, Suite 1800 | Baltimore, Maryland  21201 |
| | |
| | |

I want this information released because:
For purposes of personal injury litigation.

(There may be a charge for releasing information.)

Please release the following information:

__x__ Social Security Number
__x__ Identifying information (includes date and place of birth, parents' names)
__x__ Monthly Social Security benefit amount
__x__ Monthly Supplemental Security Income payment amount
_____ Information about benefits/payments I received from_____ to _____
_____ Information about my Medicare claim/coverage from_____ to _____
         (specify) _____
__x__ Medical records
__x__ Record(s) from my file (specify) Records pertaining to my claims for disability benefits,
such as my requests for disability benefits or administrative hearing records and determination
_____ Other (specify) based upon any applications for disability benefits.

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I declare under penalty of perjury that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison, or may face other penalties, or both.

Signature: _Miguel A. Rullan_____    [SIGN HERE]
(Show signatures, names, and addresses of two people if signed by mark.)
Date: _16  July    2007___    Relationship: _____

Form SSA-3288  (3-2005) EF (3-2005)

*Miquel A. Rollán*
Full Name

*121 - 28 - 8541*
Social Security Number

*April 9, 1925*
Date of Birth

*In re: Fosamax® Products Liability Litigation*
United States District Court, Southern District of New York
Case No. 1:06-MD-1789-JFK-MHD

## AUTHORIZATION FOR RELEASE OF DISABILITY INSURANCE RECORDS

**To:**

_____
**Name of Disability Insurance Carrier**

_____
**Address**

_____
**City, State, Zip Code**

I hereby authorize the law firm of VENABLE LLP, Two Hopkins Plaza, Suite 1800, Baltimore, Maryland 21201 (counsel for Merck & Co., Inc.), or their designated agent(s) ("Receiving Parties"), to be furnished copies of my entire insurance file, including but not limited to any and all health insurance questionnaires, claims made by or against me, and any documents discussing, describing, or explaining the investigation and processing of that claim and all other pertinent documents, including all medical records or memoranda. The defendant has agreed to pay reasonable charges to supply copies of such records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. Until then, this authorization shall be considered as continuing, and you may rely on it in all respects unless and until you have been advised by me in writing to the contrary. Please note that this authorization also permits you to release any records created or obtained by you after the date of execution of this authorization.

It is expressly understood and not intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

HIGUEL A. RULLAN _Miguel G. Rullán_    JULY 16TH. 2007

| Name of Patient | Signature | Date of Birth | Date Signed |

4-9-25

_____

Description of Legal Guardian/Personal Representative's authority to act for Patient.

Subscribed and sworn to before me this 6TH day of ___JULY___ , 2007



Notary Public

My Commission Expires:

FOR LIFE

AFFIDAVIT NO. 10,289

-2-

Miguel A. Rullán
_____
Full Name

121 - 28 - 8541
_____
Social Security Number

April 9, 1925
_____
Date of Birth

*In re: Fosamax® Products Liability Litigation*
United States District Court, Southern District of New York
Case No. 1:06-MD-1789-JFK-MHD

## AUTHORIZATION FOR RELEASE OF WORKERS' COMPENSATION RECORDS

**To:**

_____

**Name of Entity**

_____

**Address**

_____

**City, State, Zip Code**

I hereby authorize the law firm of VENABLE LLP, Two Hopkins Plaza, Suite 1800, Baltimore, Maryland 21201 (counsel for Merck & Co., Inc.), or their designated agent(s) ("Receiving Party"), to be furnished copies of my entire workers' compensation file, including but not limited to any claims made by me, and any documents discussing, describing, or explaining the investigation and processing of that claim and all other pertinent documents, including all medical records or memoranda. The defendant has agreed to pay reasonable charges to supply copies of such records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. Until then, this authorization shall be considered as continuing, and you may rely on it in all respects unless and until you have been advised by me in writing to the contrary. Please note that this authorization also permits you to release any records created or obtained by you after the date of execution of this authorization.

It is expressly understood and not intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

MIGUEL A. BULLAN _Miguel A. Bullan_          JULY 16TH. 2007

| Name | Signature | Date of Birth | Date Signed |

4-9-25

_____

Description of Legal Guardian/Personal Representative's authority to act for Patient

Subscribed and sworn to before me this **16TH** day of ___**JULY**___ , 200**7**



Notary Public

My Commission Expires:
FOR LIFE

AFFIDAVIT No. 10,290

# EXHIBIT E

Form **4506**

(Rev. April 2006)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
Read the instructions on page 2.
▶ Request may be rejected if the form is incomplete, illegible, or any required
line was blank at the time of signature.

OMB No. 1545-0429

**Tip:** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T**, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return or employer identification number (see instructions) |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number if joint tax return |

3   Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4   Previous address shown on the last return filed if different from line 3

5   If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

**Venable LLP**          Attn: Christina Gaarder
**Two Hopkins Plaza, Suite 1800**      Tel. No: (410) 244-7400
**Baltimore, Maryland 21201**       Fax No: (410) 244-7742

**Caution:** If a third party requires you to complete Form 4506, do not sign Form 4506 if lines 6 and 7 are blank.

6   **Tax return requested** (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____1040 and all attachments_____
    Note: If the copies must be certified for court or administrative proceedings, check here. . . . . . . . . . . . . . . . ▶ ☑

7   **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

    ___/___/___      ___/___/___      ___/___/___      ___/___/___

    ___/___/___      ___/___/___      ___/___/___      ___/___/___

8   **Fee.** There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

| | | | |
|---|---|---|---|
| a   Cost for each return . . . . . . . . . . . . . . . . . . . . . . | $ | 39.00 |
| b   Number of returns requested on line 7 . . . . . . . . . . . . . . . | | |
| c   Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . | $ | |

9   If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . ☑

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on
line 1a or 2a

(     )

**Sign
Here**

_Megan G. Rullai_
Signature (see instructions)          Date

_____
Title (if line 1a above is a corporation, partnership, estate, or trust)

_____
Spouse's signature          Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.      Cat. No. 41721E      Form **4506** (Rev. 4-2006)

Form 4506 (Rev. 4-2006)

## General Instructions

*Section references are to the Internal Revenue Code.*

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate a third party to receive the tax return. See line 5.

**How long will it take?** It may take up to 60 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request a transcript of tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

**Note.** *If you are requesting a return for more than one year and the chart below shows two different service centers, mail your request to the service center based on the address of your most recent return.*

## Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to the "Internal Revenue Service" at: |
| --- | --- |
| District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New York, Vermont | RAIVS Team Stop 679 Andover, MA 05501 |
| Alabama, Delaware, Florida, Georgia, North Carolina, Rhode Island, South Carolina, Virginia | RAIVS Team P.O. Box 47-421 Stop 91 Doraville, GA 30362 |
| Arkansas, Kansas, Kentucky, Louisiana, Mississippi, Oklahoma, Tennessee, Texas, West Virginia | RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nebraska, Nevada, New Mexico, Oregon, South Dakota, Utah, Washington, Wyoming | RAIVS Team Stop 38101 Fresno, CA 93888 |
| Connecticut, Illinois, Indiana, Iowa, Michigan, Minnesota, Missouri, North Dakota, Ohio, Wisconsin | RAIVS Team Stop 6705-B41 Kansas City, MO 64999 |
| New Jersey, Pennsylvania, a foreign country, or A.P.O. or F.P.O. address | RAIVS Team DP 135SE Philadelphia, PA 19255-0695 |

## Chart for all other returns

| If you lived in or your business was in: | Mail to the "Internal Revenue Service" at: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Georgia, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Tennessee, Texas, Utah, Washington, Wyoming | RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |
| Connecticut, Delaware, District of Columbia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia, Wisconsin | RAIVS Team P.O. Box 145500 Stop 2800 F Cincinnati, OH 45250 |
| A foreign country, or A.P.O. or F.P.O. address | RAIVS Team DP 135SE Philadelphia, PA 19255-0695 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the return be sent to a third party, the IRS must receive Form 4506 within 60 days of the date signed by the taxpayer or it will be rejected.

*Individuals.* Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

*Corporations.* Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer.

*Partnerships.* Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

*All others.* See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the Letters Testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. Sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, and the District of Columbia for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6406, Washington, DC 20224. Do not send the form to this address. Instead, see *Where to file* on this page.

Miguel A. Rollan
_____
Full Name

121 - 28 - 8541
_____
Social Security Number

April 9, 1925
_____
Date of Birth

*In re: Fosamax® Products Liability Litigation*
United States District Court, Southern District of New York
Case No. 1:06-MD-1789-JFK-MHD

## AUTHORIZATION FOR RELEASE OF DEPARTMENT OF REVENUE RECORDS

**To:**

_____

**Name of Entity**

_____

**Address**

_____

**City, State, Zip Code**

    I hereby authorize the law firm of VENABLE LLP, Two Hopkins Plaza, Suite 1800, Baltimore, Maryland 21201 (counsel for Merck & Co., Inc.), or their designated agent(s) ("Receiving Party"), to be furnished copies of the previously filed income tax returns filed by _____. The defendant has agreed to pay reasonable charges to supply copies of such records.

    This authorization is being given at my request in conjunction with the civil litigation matter listed above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. Until then, this authorization shall be considered as continuing, and you may rely on it in all respects unless and until you have been advised by me in writing to the contrary. Please note that this authorization also permits you to release any records created or obtained by you after the date of execution of this authorization.

It is expressly understood and not intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

MIGUEL A. RULLAN _____ _____    JULY 16TH. 2007
Name                Signature        Date of Birth        Date Signed
                                     4-9-25

_____

Description of Legal Guardian/Personal Representative's authority to act for Patient

Subscribed and sworn to before me this 16TH day of ___JULY___, 2007

_____
                                     Notary Public

My Commission Expires:
   FOR LIFE

AFFIDAVIT No. 10,291



BA2DOCS1/306818/State Revenue Dept. Records Authorization

# EXHIBIT F

Form Approved
OMB No. 0960-0525

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

*Use This Form If You Need

**1. Certified/Non-Certified Detailed Earnings Information**

Includes periods of employment or self-employment and the names and addresses of employers.

**OR**

**2. Certified Yearly Totals of Earnings**

Includes total earnings for each year but does not include the names and addresses of employers.

| DO NOT USE THIS FORM FOR: |
|---|
| **Non-certified yearly totals of earnings** |
| This service is free to the public. |
| These totals can be obtained by calling 1-800-772-1213 to receive Form SSA-7004, Request for Earnings and Benefit Estimate Statement. |

**PRIVACY ACT NOTICE:** We are authorized to collect this information under section 205 of the Social Security Act, and the Federal Records Act of 1950 (64 Stat. 583). It is needed so we can identify your records and prepare the statement you request. You do not have to furnish the information, but failure to do so may prevent your request from being processed.

**PAPERWORK REDUCTION ACT:** This information collection meets the clearance requirements of 44 U.S.C. §3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You are not required to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take you about 11 minutes to read the instructions, gather the necessary facts, and answer the questions.

## INFORMATION ABOUT YOUR REQUEST

- **How Do I Get This Information?**

  You need to complete the attached form to tell us what information you want.

- **Can I Get This Information For Someone Else?**

  Yes, if you have their written permission. For more information, see page 3.

- **Who Can Sign On Behalf Of The Individual?**

  The parent of a minor child, or the legal guardian of an individual who has been declared legally incompetent, may sign if he/she is acting on behalf of the individual.

- **Is There A Fee For This Information?**

  1. **Certified/Non-Certified Detailed Earnings Information**

     Yes, we usually charge a fee for detailed information. In most cases, this information is used for purposes NOT directly related to Social Security such as for a private pension plan or personal injury suit. The fee chart on page 3 gives the amount of the charge.

     Sometimes, there is no charge for detailed information. If you have reason to believe your earnings are not correct (for example, you have previously received earnings information from us

and it does not agree with your records), we will supply you with more detail for the period in question. Occasionally, earnings amounts are wrong because an employer did not correctly report earnings or earnings are credited to the wrong person. In situations like these, we will send you detailed information, at no charge, so we can correct your record.

Be sure to show the year(s) involved on the request form and explain why you need the information. If you do not tell us why you need the information, we will charge a fee.

We will certify the detailed earnings information for an additional fee of $15.00. Certification is usually not necessary unless you plan to use the information in court.

2. **Certified Yearly Total of Earnings**

   Yes, there is a fee of $15 to certify yearly totals of earnings. Cetification is usually not necessary unless you plan to use the information in court.

3. **Method of Payment**

   Enclose a check or money order for the entire fee required. Payment can also be made by credit card. To do so, complete page 4 of this form and return it with your request form.

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

1. From whose record do you need the earnings information?

   Print the Name, Social Security Number (SSN), and date of birth below.

   Name _____    Social Security Number _____

   Other Name(s) Used (Include Maiden Name) _____    Date of Birth (Mo/Day/Yr) _____

2. What kind of information do you need?

   [X] **Detailed Earnings Information**
   (If you check this block, tell us below why you need this information.)
       For purposes of personal injury litigation.

   For the period(s)/year(s): _____

   [X] **Certified Total Earnings For Each Year.**
   (Check this box only if you want the information certified. Otherwise, call 1-800-772-1213 to request Form SSA-7004, Request for Earnings and Benefit Estimate Statement)

   For the year(s): _____

3. If you owe us a fee for this detailed earnings information, enter the amount due using the chart on page 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    A. $ ____80.00____

   Do you want us to certify the information?    [X] Yes    [ ] No

   If yes, enter $15.00 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    B. $ ____15.00____

   ADD the amounts on lines A and B, and enter the TOTAL amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    C. $ ____95.00____

   - You can pay by CREDIT CARD by completing and returning the form on page 4, or
   - Send your CHECK or MONEY ORDER for the amount on line C with the request and make check or money order payble to "Social Security Administration"
   - DO NOT SEND CASH.

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

   SIGN your name here (Do not print) > *Margaret a. Rullan*    Date *July 16, 2007*

   Daytime Phone Number _____
       (Area Code)  (Telephone Number)

5. Tell us where you want the information sent. (Please print)

   Name  Venable LLP, Attn: Christina Gaarder    Address  Two Hopkins Plaza, Suite 1800

   City, State & Zip Code  Baltimore, Maryland  21201-2978

6. Mail Completed Form(s) To:

   **Exception:** If using private contractor (e.g., FedEx) to mail form(s), use:

   Social Security Administration
   Division of Earnings Record Operations
   P.O. Box 33003
   Baltimore Maryland  21290-3003

   Social Security Administration
   Division of Earnings Record Operations
   300 N. Greene St.
   Baltimore Maryland  21290-0300

Form SSA-7050-F4 (1-2004) EF (01-2004)    2

## REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

How Much Do I Have to Pay For Detailed Earnings?

1. Count the number of years for which you need detailed earnings information. Be sure to add in both the first and last year requested. However, do not add in the current calendar year since this information is not yet available.

2. Use the chart below to determine the correct fee.

| Number of Years Requested | Fee | Number of Years Requested | Fee | Number of Years Requested | Fee |
|---|---|---|---|---|---|
| 1 | $15.00 | 15 | $43.75 | 28 | $64.50 |
| 2 | 17.50 | 16 | 45.50 | 29 | 66.00 |
| 3 | 20.00 | 17 | 47.25 | 30 | 67.50 |
| 4 | 22.50 | 18 | 49.00 | 31 | 68.75 |
| 5 | 25.00 | 19 | 50.75 | 32 | 70.00 |
| 6 | 27.00 | 20 | 52.50 | 33 | 71.25 |
| 7 | 29.00 | 21 | 54.00 | 34 | 72.50 |
| 8 | 31.00 | 22 | 55.50 | 35 | 73.75 |
| 9 | 33.00 | 23 | 57.00 | 36 | 75.00 |
| 10 | 35.00 | 24 | 58.50 | 37 | 76.25 |
| 11 | 36.75 | 25 | 60.00 | 38 | 77.50 |
| 12 | 38.50 | 26 | 61.50 | 39 | 78.75 |
| 13 | 40.25 | 27 | 63.00 | 40 | 80.00 |
| 14 | 42.00 | | | | |

**For Requests Over 40 Years, Please Add 1 Dollar for Each Additional Year.**

- **Whose Earnings Can Be Requested**

  1. **Your Earnings**

     You can request earnings information from your own record by completing the attached form; we need your handwritten signature. If you sign with an "X", your mark must be witnessed by two disinterested persons who must sign their name and address.

  2. **Someone Else's Earnings**

     You can request earnings information from the record of someone else if that person tells us in writing to give the information to you. This writing or "authorization" must be presented to us within 60 days of the date it was signed by that person.

  3. **A Deceased Person's Earnings**

     You can request earnings information from the record of a deceased person if you are the legal representative of the estate, a survivor (that is, the spouse, parent, child, divorced spouse of divorced parent), or an individual with a material interest (example-financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

     Proof of death must be included with your request. Proof of appointment as representative or proof of your relationship to the deceased must also be included.

## YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD

**As a convenience, we offer you the option to make your payment by credit card. However, regular credit card rules will apply. You may also pay by check or money order.**

Please fill in all the information below and return this form along with your request to:

Social Security Administration
Division of Earnings Record Operations
P.O. Box 33003
Baltimore Maryland 21290-3003

**Exception:**
If using private contractor (e.g., FedEx) to mail form(s), use:

Social Security Administration
Division of Earnings Record Operations
300 N. Greene St.
Baltimore Maryland 21290-0300

**Note: Please read Paperwork/Privacy Act Notice**

| | |
|---|---|
| CHECK ONE ⟶ | ☐ Visa    ☐ American    ☐ MasterCard    ☐ Discover    ☐ Diners Card |
| Credit Card Holder's Name ⟶ (Enter the name from the credit card) | _____ First Name, Middle Initial, Last Name |
| Credit Card Holder's Address ⟶ | _____ Number & Street |
| | _____ City, State, & Zip Code |
| Daytime Telephone Number ⟶ | _____   _____ Area Code      Telephone Number |
| Credit Card Number ⟶ | __ __ __ __ __ __ __ |
| Credit Card Expiration Date ⟶ | _____   _____ Month          Year |
| Amount Charged ⟶ | |
| Credit Card Holder's Signature ⟶ | |

| **DO NOT WRITE IN THIS SPACE OFFICE USE ONLY** | Authorization |
| | Name _____ Date _____ |
| | Remittance Control # |

### PRIVACY ACT NOTICE

The Social Security Administration (SSA) has authority to collect the information requested on this form under section 205 of the Social Security Act. Giving us this information is voluntary. You do not have to do it. We will need this information only if you choose to make payment by credit card. You do not need to fill out this form if you choose another means of payment (for example, by check or money order).

If you choose the credit card payment option, we will provide the information you give us to the banks handling your credit card account and SSA's account. We may also provide this information to another person or government agency to comply with federal laws requiring the release of information from our records. You can find these and other routine uses of information provided to SSA listed in the Federal Register. If you want more information about this, you may call or write any Social Security Office.

Form SSA-7050-F4 (1-2004)  EF (1-2004)                    **4**

# EXHIBIT G

_Miguel A. Rullan_
Full Name

_121 - 28 - 8541_
Social Security Number

_April 9, 1925_
Date of Birth

*In re: Fosamax® Products Liability Litigation*
United States District Court, Southern District of New York
Case No. 1:06-MD-1789-JFK-MHD

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

**To:**

_____

**Name of Entity/Name of Employer**

_____

**Address**

_____

**City, State, Zip Code**

    I hereby authorize the law firm of VENABLE LLP, Two Hopkins Plaza, Suite 1800, Baltimore, Maryland 21201 (counsel for Merck & Co., Inc.), or their designated agent(s) ("Receiving Party"), to be furnished copies of my entire personnel file, including but not limited to documents relating to attendance, leave of absences (whether for vacation, sick leave or other reasons), reported injuries, promotions and demotions, performance evaluations, reports of health examinations, job applications, and wages paid and/or earnings given (including W-2 forms), and all other pertinent documents, including any and all medical, psychological, or testing records or memoranda. The defendant has agreed to pay reasonable charges to supply copies of such records.

    This authorization is being given at my request in conjunction with the civil litigation matter listed above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. Until then, this authorization shall be considered as continuing, and you may rely on it in all respects unless and until you have been advised by me in writing to the contrary. Please note that this authorization also permits you to release any records created or obtained by you after the date of execution of this authorization.

It is expressly understood and intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

MIGUEL A. ROLLAN    _Miguel A Rollan_    JULY 16TH. 2007
Name of Employee     Signature     Date of Birth     Date Signed
4-9-25

_____

Description of Legal Guardian/Personal Representative's authority to act for Patient.

Subscribed and sworn to before me this 6TH day of ___JULY___, 200 7

_____
Notary Public

My Commission Expires:

FOR LIFE

AFFIDOVIT NO. 10,292

-2-

# EXHIBIT H

# INSTRUCTION AND INFORMATION SHEET FOR
## SF 180, REQUEST PERTAINING TO MILITARY RECORDS

**1. Information needed to locate records.** Certain identifying information is necessary to determine the location of an individual's record of military service. Please try to answer each item on the SF 180. If you do not have and cannot obtain the information for an item, show "NA," meaning the information is "not available." Include as much of the requested information as you can.

**2. Restrictions on release of information.** Release of information is subject to restrictions imposed by the military services consistent with Department of Defense regulations and the provisions of the Freedom of Information Act (FOIA) and the Privacy Act of 1974. The service member (either past or present) or the member's legal guardian has access to almost any information contained in that member's own record. An authorization signature, of the service member or the member's legal guardian, is needed in Section III of the SF180. Others requesting information from military personnel/health records must have the release authorization in Section III of the SF 180 signed by the member or legal guardian, but if the appropriate signature cannot be obtained, only limited types of information can be provided. If the former member is deceased, surviving next of kin may, under certain circumstances, be entitled to greater access to a deceased veteran's records than a member of the public. The next of kin may be any of the following: unremarried surviving spouse, father, mother, son, daughter, sister, or brother. Employers and others needing proof of military service are expected to accept the information shown on documents issued by the military service departments at the time a service member is separated.

**3. Where reply may be sent.** The reply may be sent to the member or any other address designated by the member or other authorized requester.

**4. Charges for service.** There is no charge for most services provided to members or their surviving next of kin. A nominal fee is charged for certain types of service. In most instances service fees cannot be determined in advance. If your request involves a service fee, you will be notified as soon as that determination is made.

**5. Health and personnel records.** Health records of persons on active duty are generally kept at the local servicing clinic, and usually are available from the Department of Veterans Affairs a week or two after the last day of active duty. (See page 2 of SF180 for record locations/addresses.)

**6. Records at the National Personnel Records Center.** Note that it takes at least three months, and often up to seven, for the file to reach the National Personnel Records Center in St. Louis after the military obligation has ended (such as by discharge). If only a short time has passed, please send the inquiry to the address shown for active or current reserve members. Also, if the person has only been released from active duty but is still in a reserve status, the personnel record will stay at the location specified for reservists. A person can retain a reserve obligation for several years, even without attending meetings or receiving annual training. (See page 2 of SF180 for record locations/addresses.)

**7. Definitions and abbreviations.** DISCHARGED -- the individual has no current military status; HEALTH -- Records of physical examinations, dental treatment, and outpatient medical treatment received while in a duty status (does not include records of treatment while hospitalized); TDRL -- Temporary Disability Retired List.

**8. Service completed before World War I.** National Archives Trust Fund (NATF) forms must be used to request these records. Obtain the forms by e-mail from *inquire@nara.gov* or write to the Code 6 address on page 2 of the SF 180.

## PRIVACY ACT OF 1974 COMPLIANCE INFORMATION

The following information is provided in accordance with 5 U.S.C. 552a(e)(3) and applies to this form. Authority for collection of the information is 44 U.S.C. 2907, 3101, and 3103, and Public Law 104-134 (April 26, 1996), as amended in title 31, section 7701. Disclosure of the information is voluntary. If the requested information is not provided, it may delay servicing your inquiry because the facility servicing the service member's record may not have all of the information needed to locate it. The purpose of the information on this form is to assist the facility servicing the records (see the address list) in locating the correct military service record(s) or information to answer your inquiry. This form is then filed in the requested military service record as a record of disclosure. The form may also be disclosed to Department of Defense components, the Department of Veterans Affairs, the Department of Homeland Security (DHS, U.S. Coast Guard), or the National Archives and Records Administration when the original custodian of the military health and personnel records transfers all or part of those records to that agency. If the service member was a member of the National Guard, the form may also be disclosed to the Adjutant General of the appropriate state, District of Columbia, or Puerto Rico, where he or she served.

## PAPERWORK REDUCTION ACT PUBLIC BURDEN STATEMENT

Public burden reporting for this collection of information is estimated to be five minutes per response, including time for reviewing instructions and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to National Archives and Records Administration (NHP), 8601 Adelphi Road, College Park, MD 20740-6001. DO NOT SEND COMPLETED FORMS TO THIS ADDRESS. SEND COMPLETED FORMS AS INDICATED IN THE ADDRESS LIST ON PAGE 2 OF THE SF 180.

Standard Form 180 (Rev. 10-05) (Page 1)
Prescribed by NARA (36 CFR 1228.168(b))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029 Expires 9/30/2008

## REQUEST PERTAINING TO MILITARY RECORDS

To ensure the best possible service, please thoroughly review the accompanying instructions before filling out this form.  Please print clearly or type.  If you need more space, use plain paper.

### SECTION I - INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much as possible.)

| 1. NAME USED DURING SERVICE (last, first, and middle) | 2. SOCIAL SECURITY NO. | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|

| 5. SERVICE , PAST AND PRESENT | (For an effective records search, it is important that all service be shown below.) | | | | | SERVICE NUMBER DURING THIS PERIOD (If unknown, write "unknown") |
|---|---|---|---|---|---|---|
| | | DATES OF SERVICE | | CHECK ONE | | |
| BRANCH OF SERVICE | | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | |
| a. ACTIVE SERVICE | | | | | | |
| b. RESERVE SERVICE | | | | | | |
| c. NATIONAL GUARD | | | | | | |

6. IS THIS PERSON DECEASED? If "YES" enter the date of death.
[ ] NO  [ ] YES

7. IS (WAS) THIS PERSON RETIRED FROM MILITARY SERVICE?
[ ] NO  [ ] YES

### SECTION II – INFORMATION AND/OR DOCUMENTS REQUESTED

1. **REPORT OF SEPARATION** (DD Form 214 or equivalent). This contains information normally needed to verify military service. A copy may be sent to the veteran, the deceased veteran's next of kin, or other persons or organizations if authorized in Section III, below. NOTE: If more than one period of service was performed, even in the same branch, there may be more than one Report of Separation. Be sure to show EACH year that a Report of Separation was issued, for which you need a copy.

[x] An **UNDELETED** Report of Separation is requested for the year(s)  _____

This normally will be a copy of the full separation document including such sensitive items as the character of separation, authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and dates of time lost. An undeleted version is ordinarily required to determine eligibility for benefits.

[ ] A **DELETED** Report of Separation is requested for the year(s)  _____

The following information will be deleted from the copy sent: authority for separation, reason for separation, reenlistment eligibility code, separation(SPD/SPN) code, and for separations after June 30, 1979, character of separation and dates of time lost.

2. **OTHER INFORMATION AND/OR DOCUMENTS REQUESTED**    All health and personall records.

3. **PURPOSE** (Optional – An explanation of the purpose of the request is strictly voluntary. Such information may help the agency answering this request to provide the best possible response and will in no way be used to make a decision to deny the request.)  _____

Personal injury litigation.

### SECTION III - RETURN ADDRESS AND SIGNATURE

1. **REQUESTER IS:**
[ ] Military service member or veteran identified in Section 1, above
[ ] Next of kin of deceased veteran _____ (relation)
[ ] Legal guardian (must submit copy of court appointment)
[ ] Other (specify) _____

2. **SEND INFORMATION/DOCUMENTS TO:**
*(Please print or type. See item 3 on accompanying instructions.)*

Venable LLP, Attn:  Christina Gaarder
Name

Two Hopkins Plaza, Suite 1800
Street                                    Apt.

Baltimore, Maryland   21201
City                State       Zip Code

3. **AUTHORIZATION SIGNATURE REQUIRED** *(See item 2 on accompanying instructions.)* I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section III is true and correct.

_____
Signature   (Please do not print.)

_____    ( )_____
Date of this request      Daytime phone

_____
Email address

** This form is available at *http://www.archives.gov/research/order/standard-form-180.pdf* on the National Archives and Records Administration (NARA) web site. **

Standard Form 180 (Rev. 10-05) (Page 2)
Prescribed by NARA (36 CFR 1228.168(b))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029 Expires 9/30/2008

## LOCATION OF MILITARY RECORDS

The various categories of military service records are described in the chart below. For each category there is a code number which indicates the address at the bottom of the page to which this request should be sent. Please refer to the Instruction and Information Sheet accompanying this form as needed.

| BRANCH | CURRENT STATUS OF SERVICE MEMBER | Personnel Record | Health Record |
|---|---|---|---|
| | | **ADDRESS CODE** | |
| AIR FORCE | Discharged, deceased, or retired before 5/1/1994 | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 9/30/2004 | 14 | 11 |
| | Discharged, deceased, or retired on or after 10/1/2004 | 1 | 11 |
| | Active (including National Guard on active duty in the Air Force), TDRL, or general officers retired with pay | 1 | |
| | Reserve, retired reserve in nonpay status, current National Guard officers not on active duty in the Air Force, or National Guard released from active duty in the Air Force | 2 | |
| | Current National Guard enlisted not on active duty in the Air Force | 13 | |
| COAST GUARD | Discharge , deceased, or retired before 1/1/1898 | 6 | |
| | Discharged, deceased, or retired 1/1/1898 – 3/31/1998 | 14 | 14 |
| | Discharged, deceased, or retired on or after 4/1/1998 | 14 | 11 |
| | Active, reserve, or TDRL | 3 | |
| MARINE CORPS | Discharged, deceased, or retired before 1/1/1905 | 6 | |
| | Discharged, deceased, or retired 1/1/1905 – 4/30/1994 | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 12/31/1998 | 14 | 11 |
| | Discharged, deceased, or retired on or after 1/1/1999 | 4 | 11 |
| | Individual Ready Reserve or Fleet Marine Corps Reserve | 5 | |
| | Active, Selected Marine Corps Reserve, TDRL | 4 | |
| ARMY | Discharged, deceased, or retired before 11/1/1912 (enlisted) or before 7/1/1917 (officer) | 6 | |
| | Discharged, deceased, or retired 11/1/1912 (enlisted) or 7/1/1917 – 10/15/1992 (officer) | 14 | 14 |
| | Discharged, deceased, or retired 10/16/1992 – 9/30/2002 | 14 | 11 |
| | Discharged, deceased, or retired on or after 10/1/2002 | 7 | 11 |
| | Reserve; or active duty records of current National Guard members who performed service in the U.S. Army before 7/1/1972 | 7 | |
| | Active enlisted (including National Guard on active duty in the U.S. Army) or TDRL enlisted | 9 | |
| | Active officers (including National Guard on active duty in the U.S. Army) or TDRL officers | 8 | |
| | Current National Guard enlisted not on active duty in Army (including records of Army active duty performed after 6/30/1972) | 13 | |
| | Current National Guard officers not on active duty in Army (including records of Army active duty performed after 6/30/1972) | 12 | |
| NAVY | Discharged, deceased, or retired before 1/1/1886 (enlisted) or before 1/1/1903 (officer) | 6 | |
| | Discharged, deceased, or retired 1/1/1886 – 1/30/1994 (enlisted) or 1/1/1903 – 1/30/1994 (officer) | 14 | 14 |
| | Discharged, deceased, or retired 1/31/1994 – 12/31/1994 | 10 | 11 |
| | Discharged, deceased, or retired on or after 1/1/1995 | 10 | |
| | Active, reserve, or TDRL | 10 | |
| PHS | Public Health Service -  Commissioned Corps officers only | 15 | |

### ADDRESS LIST OF CUSTODIANS (BY CODE NUMBERS SHOWN ABOVE) – Where to write/send this form

| | | | | | |
|---|---|---|---|---|---|
| **1** | Air Force Personnel Center<br>HQ AFPC/DPSRP<br>550 C Street West, Suite 19<br>Randolph AFB, TX 78150-4721 | **6** | National Archives & Records Administration<br>Old Military and Civil Records (NWCTB-Military)<br>Textual Services Division<br>700 Pennsylvania Ave., N.W.<br>Washington, DC 20408-0001 | **11** | Department of Veterans Affairs<br>Records Management Center<br>P.O. Box 5020<br>St. Louis, MO 63115-5020 |
| **2** | Air Reserve Personnel Center /DSMR<br>HQ ARPC/DPSSA/B<br>6760 E. Irvington Place, Suite 4600<br>Denver, CO 80280-4600 | **7** | U.S. Army Human Resources Command<br>ATTN: AHRC-PAV-V<br>1 Reserve Way<br>St. Louis, MO 63132-5200 | **12** | Army National Guard Readiness Center<br>NGB-ARP<br>111 S. George Mason Dr.<br>Arlington, VA  22204-1382 |
| **3** | Commander, CGPC-adm-3<br>USCG Personnel Command<br>4200 Wilson Blvd., Suite 1100<br>Arlington, VA 22203-1804 | **8** | U.S. Army Human Resources Command<br>ATTN: AHRC-MSR<br>200 Stovall Street<br>Alexandria, VA 22332-0444 | **13** | The Adjutant General<br>(of the appropriate state, DC, or Puerto Rico) |
| **4** | Headquarters U.S. Marine Corps<br>Personnel Management Support Branch<br>(MMSB-10)<br>2008 Elliot Road<br>Quantico, VA  22134-5030 | **9** | Commander USAEREC<br>ATTN:  PCRE-F<br>8899 E. 56th St.<br>Indianapolis, IN  46249-5301 | **14** | National Personnel Records Center<br>(Military Personnel Records)<br>9700 Page Ave.<br>St. Louis, MO 63132-5100 |
| **5** | Marine Corps Reserve Support Command<br>(Code MMI)<br>15303 Andrews Road<br>Kansas City, MO  64147-1207 | **10** | Navy Personnel Command (PERS-313C1)<br>5720 Integrity Drive<br>Millington, TN  38055-3130 | **15** | Division of Commissioned Corps Officer Support<br>ATTN:  Records Officer<br>1101 Wooton Parkway, Plaza Level, Suite 100<br>Rockville, MD  20852 |

# EXHIBIT I

_Miquel A. Rollin_
Full Name

_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_
Social Security Number

_April 9, 1925_
Date of Birth

*In re: Fosamax® Products Liability Litigation*
United States District Court, Southern District of New York
Case No. 1:06-MD-1789-JFK-MHD

## AUTHORIZATION FOR RELEASE OF HEALTH INSURANCE RECORDS

**To:**

_____

**Name of Health Insurance Carrier**

_____

**Address**

_____

**City, State, Zip Code**

    I hereby authorize the law firm of VENABLE LLP, Two Hopkins Plaza, Suite 1800, Baltimore, Maryland 21201 (counsel for Merck & Co., Inc.), or their designated agent(s) ("Receiving Parties"), to be furnished copies of my entire insurance file, including but not limited to any and all health insurance questionnaires, claims made by or against me, and any documents discussing, describing, or explaining the investigation and processing of that claim and all other pertinent documents, including all medical records or memoranda. The defendant has agreed to pay reasonable charges to supply copies of such records.

    This authorization is being given at my request in conjunction with the civil litigation matter listed above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. Until then, this authorization shall be considered as continuing, and you may rely on it in all respects unless and until you have been advised by me in writing to the contrary. Please note that this authorization also permits you to release any records created or obtained by you after the date of execution of this authorization.

BA2DOCS1/306818/Health Insurance Record Authorization

It is expressly understood and not intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

MIGUEL A. RULLAN _Miguel A. Rullan_    JULY 16TH. 2007
Name                Signature          Date of Birth        Date Signed
                                       4-9-25

Description of Legal Guardian/Personal Representative's authority to act for Patient

Subscribed and sworn to before me this 16TH day of ___JULY___ , 2007.

_____
                Notary Public

My Commission Expires:

FOR LIFE

AFFIDAVIT No. 10,293

BA2DOCS1/306818/Health Insurance Record Authorization