

DIPLOMATES AMERICAN BOARD OF ORAL & MAXILLOFACIAL SURGERY

**DR. ATILANO LEON**
**DR. JOSE A. MORALES**
**DR. EDGAR ECHEVARRIA**
**DR. JOSE FCO. LAZARO**

- IMPLANTES
- ARTROSCOPIA
- SEDACION
- TRAUMA
- CIRUGIA ORTOGNATICA
- EXTRACCIONES

27 de marzo de 2007

Kim, Pardy & Rodriguez, P. A.
P. O. Box 3747
Orlando, FL 32802-3747

Re: Miguel A. Rullan-Fontanet
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

Estimados Señores:

En el caso de referencia nuestros costo por copia del expediente es de quince dolares **($15.00).**

Atentamente,

Yanira Nieves Corujo
Secretaria

LAS VISTAS SHOPPING VILLAGE
"LOS PASEOS" — SUITE 43
AVE. LAS CUMBRES
RIO PIEDRAS, P.R. 00926
TEL. 787-761-0365

## INFORMACION DEL PACIENTE

Nombre Miguel A Rullán Fontanet Fecha 7 marzo 2006

Dirección Postal Urb Villa España Salamanca C-15 Bay. 00961

Dirección Residencial igual Tel. Residencia 787-740-0499

Seg. Social 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 Fecha Nac. 9 abril 1925 Estado Civil: ☐ S ☒ C ☐ D ☐ V 5302683 hija

Patrono — Ocupación — Tel. Trabajo —

Nombre del Padre, Madre, Esposo(a) o Tutor Legal _____

Referido Por: _____ Otro Teléfono _____

## INFORMACION DEL ASEGURADO PRINCIPAL

Nombre del Asegurado Principal igual Parentesco _____

Patrono _____ Ocupación _____ Tel. Trabajo _____

Seg. Social _____ Fecha Nac. _____ Estado Civil: ☐ S ☐ C ☐ D ☐ V

Número de Contrato del Plan _____ Nombre del Plan _____

## CUESTIONARIO MEDICO

1.¿Está bajo tratamiento médico actualmente? sí, mieloma multiple Aredia

Nombre del médico Dr. Sobrino (oncólogo)

2.¿Está tomando alguna medicina o droga? Synthroid, Minipress, Trat Aderia

3.Motivo de visita (especifique) Otra opinión estado encía lado 129.

4. Favor de marcar si padece o ha padecido de:

- ☐ Enfermedad del Corazón
- ☐ Fiebre Reumática
- ☐ Soplo Cardiáco
- ☒ Alta Presión controlada
- ☐ Trombosis
- ☐ Enfermedad del Hígado
- ☐ Enfermedad del Riñón
- ☐ Enfermedad de Pulmones
- ☐ Enfermedad de la Sangre
- ☐ Glaucoma
- ☐ Embolia Pulmonar
- ☐ Anemia
- ☐ Diabetes
- ☐ Hepatitis
- ☐ Artritis
- ☐ Transfusiones
- ☐ Sinusitis
- ☐ Asma (Fatiga)
- ☐ Icterícia
- ☐ Ulceras
- ☐ Hemorragias
- ☐ HIV
- ☒ Tiroides
- ☐ Epilepsia
- ☐ Usa Alcohol
- ☐ Fuma Cigarrillos
- ☐ Alérgias a:
  - ☐ Penicilina
  - ☐ Aspirina
  - ☐ Anestesia Local
- ☐ Golpes en la Cara
- ☐ Tuberculosis
- ☐ Otros

5.Hospitalizaciones previas (especifique) _____

6.Operaciones previas (especifique) _____

7.¿Ha estado bajo tratamiento con alguno de los siguientes medicamentos? _____

Tranquilizantes _____ Cortisona _____ Anticuagulantes _____ Antibióticos _____

Otros _____

8.Para mujeres solamente:

¿Está embarazada? _____ ¿Cuántos meses? _____

¿Es su menstruación regular? _____ ¿Usa Anti-Conceptivos? _____

9.¿Qué tipo de experiencia dental ha tenido: Agradable _____ Regular _____ Pobre _____

¿Se considera nervioso o tenso? _____

¿Qué tipo de anestesia prefiere? General _____ Local con algún tipo de sedación _____

Local _____

..dad Presente — clínica Cirugía Oral.

Tx. en RCM — ~~Perio~~ — por hueso expuesto. — Le han raspado hueso 2 veces. Tx c O2 hyperbárico.

Examen Extraoral

Examen Intraoral

Tej. granulomatoso borde alveolar derecho. (area 28 – 30).

Examen Radiográfico

Impresión Diagnóstica

Biphosphonate bone necrosis

Plan de Tratamiento

oler.

Por la presente autorizo a los Doctores Morales, León, Echevarría y/o Lázaro a practicar en mi persona (hijo/hija) el plan de tratamiento que a su mejor entender sea el más apropiado. Se me han explicado las limitaciones o complicaciones de dicho tratamiento.

Firma del Cirujano Oral

Firma del Paciente

Firma de Persona Encargada o Testigo

| Fecha | Tratamiento | Próxima Cita | Motivo de Próxima Cita |
|---|---|---|---|
| 3/7/06 | Examen, Rx. | 1 mes | dolor. |
| 3/29/06 | Pt. tuvo episodio de dolor + hinchazón. Dolor dientes. Rx. | | fijación dientes anteriores mandibulares |
| 4/14/06 | Dolor. Rx. Movilidad severa 23, 24, 25 & 26 | | |
| 4/25/06 | Continúa c̄ molestia irrigado continuo Rx. | | |
| 5/16/06 | Me siento mejor, área inflamada, sangrado frecuente Rx. | | |
| 10/31/06 | Panrex. - Lesión radiolúcida pA. Área inflamación mandíbula derecha. Fístula PA #22. bucal. Tomando Tylenol c̄ lad. (2 veces al día) Rx. | 1 1/2 meses | dientes remanentes mandibulares. (área alveolo mandibular total afectado). para dolor. dolor. |
| 12/12/06 | Pt. estuvo bien. Ayudo hace 1 semana | 2 meses | dolor. |

→ cubierto Ins del 9/03/06 11:45 am 21453

**DR. ANGEL M. OTERO VIERA**
**CIRUJANO ORAL Y MAXILOFACIAL**
**CALLE I #47 URB. HNAS. DAVILA**
**BAYAMON, PR 00959**
**TEL. 787-786-8540 FAX. 787-995-0431**

8 DE MARZO DE 2007

A :  Kim. Pardy & Rodríguez, P.A.

De :  Dr. Ángel M. Otero Viera

Por:  Reporte y copia de expediente  del Sr. Miguel Rullan

Honorarios: Setenta y cinco ($75.00) dólares

**DR. ANGEL M. OTERO VIERA**
**CIRUJANO ORAL Y MAXILOFACIAL**
**CALLE I #47 URB. HNAS. DAVILA**
**BAYAMON, PR 00959**
**TEL. 787-786-8540 FAX. 787-995-0431**

8 de marzo de 2007

Kim, Pardy & Rodríguez, P.A.
230 East Marks Street
Orlando, Florida 32803

Estimados Señores:

Sirva la presente como un resumen del tratamiento del paciente Miguel Rullan en mi oficina y poner en claro las notas de progreso ya que algunas de ellas pueden ser un poco difícil de entender por mi escritura.

El Sr. Rullan vino a mi oficina por primera vez en agosto 27 del 2004 referido por otro cirujano oral y maxilofacial, el Dr. Roberto Pacheco. En el referido de agosto 8 de 2004 del Dr. Pacheco este indicaba que el Sr. Rullan presentaba una infección en la mandíbula del lado derecho posterior a una extracción que le había hecho su dentista. La impresión diagnostica del Dr. Pacheco en este momento era de "Osteomielitis" de mandíbula. En su nota, al igual que lo indicaba en el historial suministrado por el Sr. Rullan en mi expediente, indicaba que el paciente además tenia un diagnostico de "Mieloma Múltiple" por el cual estaba siendo tratado.

La razón del referido del Dr. Pacheco a mi persona era porque el quería que el paciente fuese referido al Centro Medico, y ya que yo trabajo en el Reciento de Ciencias medicas, el quería que yo agilizara para que lo vieran pronto, lo cual hice y referí al Sr. Rullan a nuestra clínica (copia del referido esta incluido).

El paciente fue tratado en Centro Medico y yo volví a verlo en:

10/16/04  Área cicatrizando bien después de tratamiento en Centro Medico. Se dio receta y cita para verlo en tres (3) semanas.

11/03/04  Paciente esta mejor todavía. Hay hueso expuesto y se dio jeringuilla para irrigar y cita en 2 semanas.

05/16/05  Dolor área #25, posible endo. Haré consulta de endo (ver copia incluida). Se dio receta.

07/20/05  El paciente había sido referido a mi oficina otra vez en 07/12/05 por su dentista
(ver nota). En la cita de hoy hay "evidencia de infección en área de
osteomielitis, se comenzara en antibiótico para luego hacer carretaje del área
para ver si no hay que volver a darle oxigeno hiperbárico".

07/22/05  Paciente debidamente premeditado se hizo limpieza del área mandibular
derecha. Se suturo y se dio instrucciones.

No volví a ver al paciente más hasta:

02/22/06  Al paciente le dieron el oxigeno hiperbárico y se le da seguimiento. En la
escuela le quieren sacar todos los dientes. El desea le recomiende una segunda
opinión de endo.

06/15/06  Al paciente le recomendó su otro cirujano oral que debía continuar en
antibiótico. Se repitió la receta.

Esta fue la última vez que vi. al paciente. De necesitar alguna otra información o si hay
alguna otra cosa en que yo pueda ayudar me lo dejan saber.

Atentamente;

Dr. Ángel M. Otero Viera

# Cirugía Oral y Maxilofacial

## Bienvenidos

Nombre Miguel A Rullàn Fontanet Edad 79 Fecha Nac. 9 / Abr. / 1925

Dirección Urb. Villa España calle Salamanca C-15

Bayamòn, P.R. 009 Teléfono 787-740-0499

Estado Civil Casado Sexo M Peso 175 lbs.

Nombre y Dirección de Trabajo N/A celular Maria (530-2683)

Teléfono N/A

Ocupación N/A Seguro Social 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

Plan Médico Dr. Plan Dental X

Nombre de su Médico Dr. Roberto Pacheco Su Dentista Dr. Roberto Pacheco

Paciente Referido por Dr. Roberto Pacheco

Nombre del Padre o Cónyuge Maria M. Bas

MOTIVO DE SU VISITA: Referido Dr. Roberto Pacheco

HISTORIAL MEDICO (Circule SI o NO)

¿Está o ha estado bajo tratamiento médico? ¿Por qué? (Si) No

Mioloma multiple

¿Está tomando alguna medicina? ¿Cuál? (Si) No

talinomite - decadron - Sindroy - para Presión

¿Tiene problemas que sangra mucho (No coagula bien)? Si (No)

¿Está embarazada? Si contestas si, ¿cuantos meses? ______ Si (No)

¿Ha sido operado u hospitalizado? (Si) No

Propósito y Fecha:

1.

¿Es alergico a alguna droga? Marque con X

NO ASPIRINA NO PENICILINA NO CODEINA

NO ANESTESICOS LOCALES NO OTROS:

¿Tiene o ha tenido estas enfermedades o problemas?

( ) Angina o Corazón
( ) Soplo en el Corazón
(X) Presión Alta
( ) Asma o Pulmón
( ) Fiebre Reumática
( ) Diabetes / Hipoglicemia

( ) Hepatitis o Hígado
( ) Ulceras gastrointestinal
( ) Epilepsia
( ) Anemia
( ) HIV Positivo
( ) Riñones
(X) Cáncer
( ) Nervioso
( ) Sinusitis
( ) Fumar
(X) Tiroides
(X) Artritis
( ) Mareos
( ) Otros ______

¿Alguna información médica que crea conveniente que sepamos?

Fecha 27 de Agosto 04 Firma Miguel Rullán

CIRUGIA ORAL Y MAXILOFACIAL
DR. ANGEL M. OTERO VIERA
DR. RAFAEL RAMIREZ DIAZ

CONSENTIMIENTO PARA
*CIRUGIA ORAL, MAXILOFACIAL Y ANESTESIA*

1. Por este medio autorizo al Dr. A. Otero para tratar la siguiente condición: [handwritten, partly illegible]
2. Los procedimientos necesarios para tratar esta condición me han sido explicados y entiendo que constan de: [handwritten, partly illegible]

Entiendo que el propósito de hacer esta cirugía es tratar y posiblemente corregir mi condición. El doctor me ha aconsejado que si esta condición persiste sin tratamiento o cirugía podría empeorar mi condición. He sido informado de tratamientos alternos, si alguno.

3. El doctor me ha explicado que hay ciertos riesgos inherentes en la cirugía que podrían ocurrir tales como: ______

- Molestia e hinchazón facial post-quirurgica por varios días.
- Hemorragia, infección y/o limitación en abrir la boca por varios días
- Daño al nervio cerca de los dientes resultando en adormecimiento del labio, encias y/o lengua del lado operado, esto puede persistir por varias semanas, meses y en remotas ocasiones permanente.
- Apertura en el seno maxilar requiriendo cirugía adicional.
- OTRAS: ______

4. Consiento en la administración de anestesia local y/o sedación intravenosa o con Oxido de Nitroso (gas) para poder llevar a cabo la cirugía.
5. Entiendo que los anestésicos, medicamentos y recetas pueden producir sueño y falta de coordinación por lo tanto se me ha explicado que no debo ingerir alcohol o guiar vehículos mientras esté bajo el efecto de los medicamentos o por lo menos en las próximas 24 horas después de la cirugía o hasta que me recupere de los efectos de los medicamentos.

CERTIFICO QUE HE TENIDO LA OPORTUNIDAD DE LEER Y ENTENDER ESTE CONSENTIMIENTO PARA LA CIRUGIA QUE SE ME HA EXPLICADO.

Miguel Rullan [signature]
Paciente, Padres.

27 de Agosto 2004
Fecha

[signature]
Médico

08/27/04
Fecha

CIRUGIA ORAL Y MAXILOFACIAL
DR. ANGEL M. OTERO VIERA
DR. RAFAEL RAMIREZ DIAZ
CALLE I #47 HERMANAS DAVILA
BAYAMON, P.R. 00959
TELS. 786-8540 / 786-8067

ACUSE DE RECIBO NOTIFICACION DE PRIVACIDAD

Yo, Miguel A. Rollán, he recibido una copia de la Notificación de Política de Privacidad de esta oficina dental.

Miguel A. Rollán
Nombre de Paciente

[signature]
Firma

Parentesco

27 Agosto 04
Fecha

DR. ROBERTO PACHECO-VÁZQUEZ
CIRUGIA ORAL Y MAXILOFACIAL
AVE. AGUAS BUENAS, BLQ. 20 # 42-A
URB. SANTA ROSA, BAYAMON, P.R. 00959

TELEPHONE 786-3538

8/19/04.
Re: Miguel Rullan Fontant.
79 y/o ♂

Chief Resident
OMS Clinic
PRMC

Dear Sir:

This pt. comes to my office for management of infected lesion in Ⓡ lower mandible 2° to dental extractions. Hx of multiple myeloma on chemotherapy.

Dx Imp: Osteomyelitis.

Please manage,
Thanks,

[illegible]

DR. ANGEL M. OTERO VIERA
DR. RAFAEL RAMIREZ DIAZ

CIRUGIA ORAL Y MAXILOFACIAL
Calle I #47
Urbanización Hermanas Dávila
Bayamón, Puerto Rico 00959
TELS. OFICINA: 786-8540 / 786-8067

08/27/04

Estimada Dra. [illegible]

Don Miguel es el paciente del cual le hablé. Le removieron el #20 hace dos meses y no ha cicatrizado bien, parece estar infectado. Hay [illegible] Dr. [illegible].

Agradezco su evaluación y posible tx.

Atentamente.

[illegible signature]

FROM THE DESK OF

**MAYRA M. LEGRAND FLORES, D.M.D.**

*Odontología General*
Ave. Main Bloque 30-13B Urb. Santa Rosa
Bayamón, PR 00959
Teléfono: (787) 778-6349

7/12/05

Estimado Dr.:

Saludos!

Me gustaría evaluara a Don Miguel Rullán en el área mandibular derecha. Encuentro que el área está bien inflamada y dado que en el área sufrió de osteomielitis me gustaría que lo viera. También necesita extracción de #5 y #15. que son raíces retenidas.

Muchas Gracias!

MLF

DR. ANGEL M. OTERO VIERA
DR. RAFAEL RAMIREZ DIAZ

CIRUGIA ORAL Y MAXILOFACIAL

Calle I -47
Urbanización Hermanas Dávila
Bayamón, Puerto Rico 00959
TELS. OFICINA: 786-8540 / 786-8067

NOMBRE Miguel [illegible] 07/20/01

DIRECCION [illegible] FECHA

℞ [illegible] C-15 [illegible]

[illegible] 875 mg #20

[illegible]

REG. NAR. - 02346 - DM - 5
B.N.D.D. - A 04907222
LIC. - 701

DM - 10737-5
BR - 3692971
LIC. 1997

DR. ANGEL M. OTERO VIERA
DR. RAFAEL RAMIREZ DIAZ

CIRUGIA ORAL Y MAXILOFACIAL

Calle I -47
Urbanización Hermanas Dávila
Bayamón, Puerto Rico 00959
TELS. OFICINA: 786-8540 / 786-8067

NOMBRE Maria Rosa Chaparro
DIRECCION Calle Villa España c/ Salmeria FECHA 07/11/06
[illegible] Bayamón, P.R.

℞

[illegible]

[illegible]

REG. NAR. - 02346 - DM - 5
B.N.D.D. - A 04907222
LIC. - 701

DM - 10737-5
BR - 3692971
LIC. 1997

DR. ANGEL M. OTERO VIERA
DR. RAFAEL RAMIREZ DIAZ

CIRUGIA ORAL Y MAXILOFACIAL

Calle I -47
Urbanización Hermanas Dávila
Bayamón, Puerto Rico 00959
TELS. OFICINA: 786-8540 / 786-8067

NOMBRE [handwritten, illegible]

DIRECCION [handwritten, illegible] FECHA 07/1/06

℞

[handwritten, illegible]

[signature]

REG. NAR. - 02346 - DM - 5
B.N.D.D. - A 04907222
LIC. - 701

DM - 10737-5
BR - 3692971
LIC. 1997



DR. ANGEL M. OTERO VIERA
DR. RAFAEL RAMIREZ DIAZ

## CIRUGIA ORAL Y MAXILOFACIAL

Calle I -47
Urbanización Hermanas Dávila
Bayamón, Puerto Rico 00959
TELS. OFICINA: 786-8540 / 786-8067

NOMBRE [illegible]

DIRECCIÓN [illegible] FECHA 05/16/05

℞

(1) [illegible] # 6 [illegible]

[illegible]

(2) [illegible] # 8 [illegible]

[illegible]

(Do not drive while [illegible])

[signature]

REG. NAR. - 02346 - DM - 5
B.N.D.D. - A 04907222
LIC. - 701

DM - 10737-5
BR - 3692971
LIC. 1997

DR. ANGEL M. OTERO VIEI
DR. RAFAEL RAMIREZ DIAZ



CIRUGIA ORAL Y MAXILOFACIAL

Calle I -47
Urbanización Hermanas Dávila
Bayamón, Puerto Rico 00959
TELS. OFICINA: 786-8540 / 786-8067

NOMBRE [illegible]

DIRECCION [illegible] FECHA 10/16/06

℞

[illegible handwriting]

REG. NAR. - 02346 - DM - 5
B.N.D.D. - A 04907222
LIC. - 701

DM - 10737-5
BR - 3692971
LIC. 1997

DR. ANGEL M. OTERO [illegible]RA
DR. RAFAEL RAMIREZ DIAZ

CIRUGIA ORAL Y MAXILOFACIAL

Calle I #47,
Urbanización Hermanas Dávila
Bayamón, Puerto Rico 00959
TELS. OFICINA: 786-8540 / 786-8067

05/16/05

Estimada Dra. [illegible]:

Paciente Miguel [illegible] con dolor entorno de # 25 y no le interesa extraerlo.

[illegible] su [illegible] [illegible] de [illegible].

El tiene [illegible] [illegible] [illegible] para el # 27 luego de extraído. También tiene [illegible] de [illegible].

[illegible]

[illegible]

Nombre: [illegible signature]

Record #

HOJA DE PROGRESO

| FECHA | |
|---|---|
| 10/11/04 | [illegible] C.[illegible] RFC [illegible] |
| | [signature] |
| 11/03/04 | Paciente esta mejor [illegible] [illegible] |
| | [signature] |
| 05/16/05 | Dado area #25 [illegible] centro de Endo [illegible]. |
| | [signature] |
| 07/20/05 | [illegible] On AN [illegible] [illegible] 30 min |
| | [signature] |
| 07/[illegible]/05 | Paciente [illegible] [illegible]. |
| | [signature] |
| 02/22/06 | Paciente le dieron el oxygeno hyperbarico y no le da seguimiento en la escuela [illegible]. El doctor le recomiende [illegible] de Endo. |
| | [signature] |

**DR. ANGEL M. OTERO VIERA**
**DR. RAFAEL RAMIREZ DIAZ**

## CIRUGIA ORAL Y MAXILOFACIAL

Calle I -47
Urbanización Hermanas Dávila
Bayamón, Puerto Rico 00959
TELS. OFICINA: 786-8540 / 786-8067

NOMBRE Miguel Arellano

DIRECCION Bayamon, PR FECHA 06/15/06

℞

Pen Veek 500 mg #21

Sig: i q8h

Vahes

REG. NAR. - 02346 - DM - 5
B.N.D.D. - A 04907222
LIC. - 701

DM - 10737-5
BR - 3692971
LIC. 1997

Nombre: Miguel Rulcivn

Record #

HOJA DE PROGRESO

| FECHA | |
|---|---|
| 06/15/06 | [illegible] A le recuerdo su celda [illegible] como que [illegible] en AB. Se [illegible] AB. |
| | [signature] |

**FARMACIA GRACIELA**
Calle B Bloque 39 A # 16 Bayamon P.R. 00961

03/14/2007

RULLAN FONTANET MIGU

SALAMANCA C 15 VILLA ESPANA
Bayamon

| No. Rx | Product | NDC | Health Plan | Met. Qty. | Pat. Pay | Sale Price | Fecha Venta |
|---|---|---|---|---|---|---|---|
| 409233 | DEXAMETHASONE, 4 | 49884008701 | CAS | 40 | .00 | 6.00 | 09/29/2003 |
| 412506 | DEXAMETHASONE, 4 | 49884008701 | CAS | 40 | .00 | 6.00 | 11/03/2003 |
| 412507 | NEXIUM, 40 | 00186504031 | CAS | 0 | .00 | .00 | 11/03/2003 |
| 415829 | AMOXIL, 500 MG | 00029600730 | CAS | 12 | .00 | 3.00 | 12/08/2003 |
| 427413 | DEXAMETHASONE, 4 | 49884008701 | CAS | 40 | .00 | 8.00 | 03/30/2004 |
| 427414 | RANITIDINE HCL, 150 | 00781188310 | CAS | 60 | .00 | 6.00 | 03/30/2004 |
| 434345 | Q-BID DM, 600/30 | 00603554221 | CAS | 10 | .00 | 2.50 | 06/07/2004 |
| 434346 | DIPROLENE, 0.05 | 00085096201 | CAS | 30 | .00 | 55.00 | 06/07/2004 |
| 434347 | TRANSDERM SCOP, 1.5 | 00067434504 | CAS | 2 | .00 | 18.00 | 06/07/2004 |
| 438336 | DIMENHYDRINATE TABLET, 50 | 00603332621 | CAS | 24 | .00 | 2.40 | 07/14/2004 |
| 444221 | AMOXICILLIN/CLAVUNATE 875/125M | 00093227534 | CAS | 14 | .00 | 49.00 | 09/08/2004 |
| 455160 | TANNIC-12 TAB, 60MG/5MG | 60258030301 | CAS | 15 | .00 | 12.50 | 12/15/2004 |
| 455161 | MUCO-FEN DM, 1000-60 | 59310011410 | CAS | 15 | .00 | 15.00 | 12/15/2004 |
| 485375 | CHLORHEXIDINE GLUCONATE, 0.12 | 00093001416 | CAS | 473 | .00 | 4.50 | 08/18/2005 |
| 485376 | AMOXICILLIN/clav(augm 875/125M | 00093227534 | CAS | 14 | .00 | 35.00 | 08/18/2005 |
| 490029 | DAFLONEX 600MG TAB | 53809030701 | CAS | 15 | .00 | 6.00 | 09/23/2005 |
| 490030 | NEURIN-SL TAB | 53879020210 | CAS | 15 | .00 | 7.50 | 09/23/2005 |
| 498161 | AMBIEN, 10 | 00024542131 | CAS | 15 | .00 | 51.00 | 11/30/2005 |
| 499244 | AMBIEN, 10 | 00024542131 | CAS | 10 | .00 | 34.00 | 12/08/2005 |
| 506205 | AMOXICILLIN, 500 | 63304065505 | CAS | 21 | .00 | 5.25 | 02/09/2006 |
| Totals: | 20 Prescriptions | | | | $0.00 | $326.65 | |

* call pacheco's office (787) 786-3538

Call for Fosamax (787) 786-7194

Lookback 2002

**FARMACIA GRACIELA**
**AVE. NORTH MAIN ESQ. WEST MAIN**
**URB. SIERRA BAYAMON**
**BAYAMON, PR 00961.**

03/16/2007.

Para:Liyi Padilla
Asunto:Caso Miguel a. Rulian-Fontanet
Paginas (incluyendo la inicial):2

La presente es para notificarles que la informacion enviada es la unica que aparace en su expediente ya que el sistema de computadora se adquirio hace aproximadamente cuatro años. Todo medicamento despachado anterior a esa fecha o por maquinilla no aparece en ese expediente. Gracias anticipadas.

Lymarie Rivera Ortiz
Farmaceutica

MAR-21-2007 11:27 AM FARMACIA-GRACIELA 787 7805156 787 7805156 P.01

 

**UNIVERSITY OF PUERTO RICO**
**MEDICAL SCIENCES CAMPUS**
**SCHOOL OF DENTISTRY**
**ASSISTANT DEAN FOR CLINICAL AFFAIRS**
**TEL. (787) 758-2525 EXT. 1117**
**FAX**

**TO :** LIYI PADILLA, ASISTENTE LEGAL DE EDUARDO RODRIGUEZ
KIM, PARDY & RODRIGUEZ, P.A.
230 EAST MARKS STREET
ORLANDO, FLORIDA 32803

**FAX :** (407 ) 481 7939 TEL. ( 407 )481-0066

**FROM :** DR. HECTOR L. QUESADA, ASSISTANT DEAN FOR CLINICAL AFFAIRS

By Luisa Secretary

**DATE:** MARCH 20, 2007

**FAX :** (787) 766-0757 TEL. (787) 758-2525 ext. (1) 1117

**REFERENCE PATIENT MIGUEL A. RULLAN FONTANET**

EN CONVERSACION TELEFONICA QUE TUVE CON USTED HOY 20 DE MARZO DE 2007, LE INDIQUE QUE ESTUVIERON BUSCANDO EL EXPEDIENTE DEL SR. RULLAN, PERO EN LA ESCUELA DE ODONTOLOGIA NO HAY EXPEDIENTE DE ESTE PACIENTE. USTED ME DIJO QUE LA HIJA DEL SR. RULLAN MENCIONO QUE LO HABIAN ATENDIDO EN LAS CLINICAS DE CIRUGIA ORAL MAXILOFACIAL EN EL CENTRO MEDICO, ASI QUE LE OFRECI LOS TELEFONOS DE ESA CLINICA PARA QUE USTEDES SOLICITEN EL RECORD DEL PACIENTE EN EL CENTRO MEDICO.

Nrm-ZIP I

UNIVERSITY OF PUERTO RICO
MEDICAL SCIENCES CAMPUS
SCHOOL OF DENTISTRY
SAN JUAN, PUERTO RICO 00936

3222-4384

DATE 2-15-06

AGE 80

NAME Miguel Rellan

ADDRESS

R 105250

Rx

(1), Maxillofacial CT
axial
coronal
w/o contrast

– Had osteonecrosis of mandible.

REFILL 0 1 2 3 4

DEA No.

DM No.

PR Lic. No.

D.M.D.

UNIVERSITY OF PUERTO RICO
MEDICAL SCIENCES CAMPUS
SCHOOL OF DENTISTRY
G.P.O. BOX 5067, SAN JUAN, P.R. 00936

feb 8/06 chief resident Geronimo Vargas

CONSULTATION-REFERAL REPORT

| Patient Identification: Name | Record No. | Age | Sex |
|---|---|---|---|
| Miguel Pellon | | 81 | |

| C-R TO: | C-R FROM: |
|---|---|
| Radiologia | OMFS |

REQUEST: Reason for Requested Consultation

Favor de Sacar Panorex.

Date

Time AM PM

(Signature)

CONSULTANT: Findings and Recommendations

Date

Time AM PM

(Signature)

Please return completed form to the referring doctor at the School of Dentistry, University of Puerto Rico.

CONSULTATION-REFERAL REPORT



Advanced
Imaging
Interventional
Center

Name: RULLAN FONTANET, MIGUEL A.

Date: 02/22/2006

Address: BAYAMON, PR

Age: 80 YRS

Referring Physician: DR. ANABELA HERRERA

Sex: M

C.T. OF FACIAL BONES (MANDIBULAR DENTASCAN)

Technique:

Computed tomography of the mandibular bone was performed utilizing a GE LightSpeed 16 system using 1mm slices. Reformatted panorex and cross sectional views were obtained by DentaScan software on a dedicated imaging workstation.

Findings:

MANDIBULAR BONE:

The right mandibular body up to the left premolar area shows hyperdense medullary bone compared to the left posterior area of the left posterior area of the mandible. This can be compatible with normal trabeculation patterns of bone, however, a fibrosseous process cannot be excluded since there is history of a mandibular mass. There are no expanding or eroding lesions noted on the mandibular bone. There is partial edentulism on both posterior regions of the mandible. There is periodontal bone loss on remaining teeth.

RENE DIETRICH TRIGO, DMD
Dentascan Consultant

DELFIN BERNAL-ECHEANDIA, MD
Director

RDT/mcs

35759

NOMBRE # REC

**DR. ANGEL M. OTERO VIERA**
Calle I #47 Hnas Davila
Bayamón, P.R. 00959

TEL. 786-8540 CEL. 448-0200

FECHA ______ HR. ______
FECHA ______ HR. ______
FECHA ______ HR. ______
FECHA ______ HR. ______

DE NO PODER ASISTIR FAVOR CANCELAR, EN LAS PROXIMAS 24 HORAS

Miercoles 27-julio-05
7:00 am

Sala Emergencia
Centro Medico

Habló con Dr. Talavera
Cirugía oral y Maxilofacial

DR. ANGEL M. OTERO VIERA
DR. RAFAEL RAMIREZ DIAZ

CIRUGIA ORAL Y MAXILOFACIAL

Calle I #47
Urbanización Hermanas Dávila
Bayamón, Puerto Rico 00959
TELS. OFICINA: 786-8540 / 786-8067

786-8540
786 8067

08/27/04

Estimada Dra. Rosario

Don Miguel es el paciente del cual le hablé. Le removieron el #20 hace dos meses y no ha cicatrizado bien como estar infectado. Hay notado el Dr. Pacheco.

Agradeceré su evaluación y reciba tx.

Atentamente.

[signature]

---

DR. ROBERTO PACHECO-VÁZQUEZ
CIRUGIA ORAL Y MAXILOFACIAL
AVE. AGUAS BUENAS, BLQ. 20 # 42-A
URB. SANTA ROSA, BAYAMON, P.R. 00959

TELEPHONE 786-3538

8/19/04.

Re: Miguel Rullán Fontánez.
794100

Chief Resident
OMS Clinic
PRMC

Dear Sir:

This pt. comes to my office for management of infected lesion in (R) lower mandible 2° to dental extraction. Hx of multiple myeloma on chemotherapy.

Dx Imp: Osteomyelitis.

Please manage,
Thanks,

[signature]

**CENTRO MEDICO DE PUERTO RICO**
**División de Clínicas Externas**

## Solicitud de Cita

Ruilan Fontanet Miguel A.

☐ REVISITA ☐ CONSULTA ☐ ALTA

CLINICA CS FECHA 8/30/04

**ESTO NO ES UNA CITA**

FAVOR DE CONCEDER CITA PARA LA CLINICA DENTRO DE

Verse hoy ☐ DIAS ☐ SEMANAS ☐ MESES

Abrir record

_______________ M.D.
Firma del Médico

INFORMACION DE RAYOS X

☐ ENVIAR PLACAS ANTERIORES ☐ SE ORDENO NUEVA PLACA

**FAVOR DE PASAR POR EL AREA DEL "COUNTER" DONDE LE DARAN UNA CITA.**

---

**ADMINISTRACION DE SERVICIOS MEDICOS DE PUERTO RICO**
**DIVISION DE CLINICAS EXTERNAS**

### *CITA A PROCEDIMIENTOS ESPECIALES*

☐ OFTALMOLOGIA ☐ DERMATOLOGIA ☐ UROLOGIA ☒ CIRUGIA ORAL

TIPO DE PROCEDIMIENTO: _______________

TIEMPO ESTIMADO PARA LA CITA: Verse hoy. ☐ DIAS ☐ SEMANAS ☐ MESES

**INSTRUCCIONES DEL PROCEDIMIENTO:**

1. Evaluacion inicial
2. 
3. 

8/30/04
FECHA

_______________
FIRMA DEL MEDICO

**DR. ANGEL M. OTERO VIERA**

CIRUGIA ORAL Y MAXILOFACIAL

Calle I #47
Urbanización Hermanas Dávila
Bayamón, Puerto Rico 00959

tel. 786-8540
787 786-8067

lo refirió a Centro Médico

Chief resident

Sept/2004

Dra Rosario ← Centro médico
347-5661

Fue la Dra q lo asistió la primera vez que lo refirieron a Centro Médico Depto de Maxilofacial. Estos doctores una vez terminan el internado se van a la practica privada.

*Carlos J. Chiesa Cedó, M.D.*

MEDICINA INTERNA

HEMATOLOGIA - ONCOLOGIA

Instituto San Pablo
Suite 409,
Calle Sta. Cruz. No. 66
(Centro Médico San Pablo)
Bayamón, P.R. 00960
Tels. 798-1690 / 787-5045

P.O. Box 2331
Bayamón, Puerto Rico 00960
Tels. 798-1690 / 787-5045

NOMBRE [illegible]

DIRECCION

EDAD

FECHA 10/11/01

℞ 1) [illegible] IgG

2) [illegible] IgA

3) CBC + diff + platelet count.

Dx. 203.0

[illegible] M.D.

LIC. P.R. 5761

DM

DEA